**STATE of Missouri, Respondent,**

v.

**Michael R. GOULD, Appellant.**

**No. WD 38455.**

Missouri Court of Appeals,
Western District.

May 26, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1987.

Application to Transfer Denied
Sept. 15, 1987.

Robert Beaird, Howard C. Hoyt, Quinn, Peebles, Beaird & Cardarella, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Deborah L. Ground, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and PRITCHARD and TURNAGE, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of forcible rape, § 566.030(1), RSMo Supp.1984, and sentence of fifteen years imprisonment.

Affirmed. Rule 30.25(b).